IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CV-00118-M-RN

AMY BARNES,

    Plaintiff,

v.

UNITED STATES ATTORNEY
GENERAL & ATTORNEY GENERAL
FOR THE EASTERN DISTRICT,

    Defendant.

ORDER

This matter comes before the court on the Memorandum and Recommendation ("M&R") prepared by United States Magistrate Robert T. Numbers, II. DE 6. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), Judge Numbers allowed Plaintiff to proceed without paying a filing fee but recommended that this court dismiss Plaintiff's complaint for failing to state a viable claim. DE 5.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Plaintiff alleges that members of the United States Army have harassed her and violated her rights, and Plaintiff now seeks damages in addition to declaratory and injunctive relief. *See generally* DE 1. Judge Numbers recommends dismissing Plaintiff's claims for failing to state claims upon which relief can be granted. Beginning with Plaintiff's negligence claims under the Federal Tort Claims Act (FTCA), Judge Numbers recommends dismissal because Plaintiff has failed to identify any duty giving rise to tort liability. DE 6 at 5–7. Regarding Plaintiff's intentional infliction of emotional distress (IIED) claims under the FTCA, Judge Numbers recommends dismissal because Plaintiff has alleged negligent, and not intentional, conduct on the part of Defendants. DE 6 at 8. Moving to Plaintiff's First Amendment retaliation claims, Judge Numbers recommends dismissal because Plaintiff has not identified individuals amenable to suit and the Supreme Court has never recognized a *Bivens* claim in the First Amendment context. DE 6 at 9. And finally, Judge Numbers recommends dismissing Plaintiff's § 1985 Conspiracy Claims because Plaintiff does not plead that the alleged conspiracy was the result of a class-based animus. DE 6 at 10.

Plaintiff has not filed any objections to the M&R. In the absence of objections, the court has reviewed the M&R for clear error and, finding none, now ADOPTS THOSE RECOMMENDATIONS AS ITS OWN. For the reasons stated in the M&R, Plaintiff's Complaint is DISMISSED. The Clerk of the Court is directed to close this case.

SO ORDERED this _____10th_____ day of July, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2